**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADVENTIST BOLINGBROOK HOSPITAL )
500 Remington Boulevard )
Bolingbrook, IL 60440 )
)
ADVENTIST GLENOAKS HOSPITAL )
701 Winthrop Avenue )
Glendale Heights, IL 60139 )
)
ADVENTIST HEALTH SYSTEM GEORGIA, INC. )
d/b/a Gordon Hospital )
1035 Red Bud Road )
Calhoun, GA 30701 )
)
ADVENTIST HEALTH SYSTEM GEORGIA, INC. )
d/b/a Murray Medical Center )
707 Old Dalton Ellijay Road )
Chatsworth, GA 30705 )
)
ADVENTIST HEALTH SYSTEM-SUNBELT, INC. )
d/b/a Florida Hospital Heartland Medical Center )
4200 Sun 'N Lake Boulevard )
Sebring, FL 33872 )
)
ADVENTIST HEALTH SYSTEM-SUNBELT, INC. ) Case No. 17-1041
d/b/a Florida Hospital Orlando )
601 E. Rollins Street )
Orlando, FL 32803 )
)
ADVENTIST HEALTH SYSTEM-SUNBELT, INC. )
d/b/a Adventist La Grange Memorial Hospital )
5101 S. Willow Springs Road )
La Grange, IL 60525 )
)
ADVENTIST HEALTH SYSTEM-SUNBELT, INC. )
d/b/a Central Texas Medical Center )
1301 Wonder World Drive )
San Marcos, TX 78666 )
)
ADVENTIST HINSDALE HOSPITAL )
120 N. Oak Street )
Hinsdale, IL 60521 )

AKRON GENERAL MEDICAL CENTER
1 Akron General Way
Akron, OH 44307

ATHENS REGIONAL MEDICAL CENTER, INC.
1199 Prince Avenue
Athens, GA 30606

BAPTIST HOSPITAL BAPTIST HEALTH CARE
d/b/a Baptist Hospital
1000 West Moreno Street
Pensacola, FL 32501

BOARD OF TRUSTEES OF NORTH
KANSAS CITY HOSPITAL
d/b/a North Kansas City Hospital
2800 Clay Edwards Drive
North Kansas City, MO 64116

BON SECOURS COMMUNITY HOSPITAL
160 East Main Street
Port Jervis, NY 12771

BON SECOURS DEPAUL MEDICAL CENTER, INC.
150 Kingsley Lane
Norfolk, VA 23505

BON SECOURS MARYVIEW MEDICAL CENTER
3636 High Street
Portsmouth, VA 23707

BON SECOURS MEMORIAL REGIONAL
MEDICAL CENTER, INC.
8260 Atlee Road
Mechanicsville, VA 23116

BON SECOURS ST. MARY’S HOSPITAL
OF RICHMOND, INC.
5801 Bremo Road
Richmond, VA 23226

BON SECOURS-RICHMOND
COMMUNITY HOSPITAL INC.
1500 N. 28th Street
Richmond, VA 23223

BON SECOURS-ST. FRANCIS )
MEDICAL CENTER, INC. )
13710 St Francis Boulevard )
Midlothian, VA 23114 )
)
CARILION FRANKLIN MEMORIAL HOSPITAL )
180 Floyd Avenue )
Rocky Mount, VA 24151 )
)
CARILION MEDICAL CENTER )
1906 Belleview Avenue )
Roanoke, VA 24014 )
)
CARILION NEW RIVER VALLEY MEDICAL CENTER )
2900 Lamb Circle )
Christiansburg, VA 24073 )
)
CARILION TAZEWELL COMMUNITY HOSPITAL )
141 Ben Bolt Avenue )
Tazewell, VA 24651 )
)
CENTRAL VERMONT MEDICAL CENTER, INC. )
130 Fisher Road )
Berlin, VT 05602 )
)
CHAMPLAIN VALLEY PHYSICIANS HOSPITAL )
MEDICAL CENTER )
75 Beekman Street )
Plattsburgh, NY 12901 )
)
CHARLESTON AREA MEDICAL CENTER, INC. )
501 Morris Street )
Charleston, WV 25325 )
)
CHATTANOOGA HAMILTON COUNTY )
HOSPITAL AUTHORITY )
d/b/a Erlanger Medical Center )
975 East Third Street )
Chattanooga, TN 37403 )
)
CHRISTUS HEALTH ARK-LA-TEX )
d/b/a CHRISTUS St. Michael Health System )
919 Hidden Ridge )
Irving, TX 75038 )

CHRISTUS HEALTH CENTRAL LOUISIANA )
d/b/a CHRISTUS St. Frances Cabrini Hospital )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS HEALTH NORTHERN LOUISIANA )
d/b/a CHRISTUS Shumpert Medical Center )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS HEALTH SOUTHEAST TEXAS )
d/b/a CHRISTUS Hospital )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS HEALTH SOUTHWESTERN LOUISIANA )
d/b/a CHRISTUS St. Patrick Hospital )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS JASPER MEMORIAL HOSPITAL )
1275 Marvin Hancock Drive )
Jasper, TX 75951 )
)
CHRISTUS SANTA ROSA HEALTH CARE )
d/b/a CHRISTUS Santa Rosa Health System )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS SPOHN HEALTH SYSTEM )
CORPORATION )
d/b/a CHRISTUS Spohn Hospital Alice )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS SPOHN HEALTH SYSTEM )
CORPORATION )
d/b/a CHRISTUS Spohn Hospital Beeville )
919 Hidden Ridge )
Irving, TX 75038 )
)
CHRISTUS SPOHN HEALTH SYSTEM )
CORPORATION )
d/b/a CHRISTUS Spohn Hospital Corpus Christi )
919 Hidden Ridge )
Irving, TX 75038 )

CHRISTUS SPOHN HEALTH SYSTEM
CORPORATION
d/b/a CHRISTUS Spohn Hospital Kleberg
919 Hidden Ridge
Irving, TX 75038

CHRISTUS ST. VINCENT REGIONAL
MEDICAL CENTER
455 St. Michaels Drive
Santa Fe, NM 87505

THE CLEVELAND CLINIC FOUNDATION
9500 Euclid Avenue
Cleveland, OH 44195

CLEVELAND CLINIC AVON HOSPITAL
d/b/a Avon Hospital
33300 Cleveland Clinic Boulevard
Avon, OH 44011

CLEVELAND CLINIC HEALTH SYSTEM – EAST
REGION
d/b/a Euclid Hospital
18901 Lakeshore Blvd.
Euclid, OH 44119

CLEVELAND CLINIC HEALTH SYSTEM – EAST
REGION
d/b/a Hillcrest Hospital
6780 Mayfield Road
Mayfield Heights, OH 44124

CLEVELAND CLINIC HEALTH SYSTEM – EAST
REGION
d/b/a South Pointe Hospital
20000 Harvard Road
Warrensville Heights, OH 44122

COMMUNITY MERCY HEALTH PARTNERS
d/b/a Springfield Regional Medical Center
100 Medical Center Drive (at North Street)
Springfield, OH 45504

COPLEY MEMORIAL HOSPITAL, INC.
200 Ogden Avenue
Aurora, IL 60504

CULPEPER MEMORIAL HOSPITAL, INC. )
501 Sunset Lane )
PO Box 592 )
Culpeper, VA 22701 )
)
EAST BATON ROUGE MEDICAL CENTER, LLC )
d/b/a Ochsner Medical Center-Baton Rouge )
17000 Medical Center Drive )
Baton Rouge, LA 70816 )
)
FAIRVIEW HEALTH SERVICES )
d/b/a Fairview Lakes Medical Center )
5200 Fairview Boulevard )
Wyoming, MN 55092 )
)
FAIRVIEW HEALTH SERVICES )
d/b/a Fairview Northland Medical Center )
911 Northland Drive )
Princeton, MN 55371 )
)
FAIRVIEW HEALTH SERVICES )
d/b/a Fairview Ridges Hospital )
201 E Nicollet Boulevard )
Burnsville, MN 55337 )
)
FAIRVIEW HEALTH SERVICES )
d/b/a Fairview Southdale Hospital )
6401 France Avenue South )
Edina, MN 55435 )
)
FAIRVIEW HEALTH SERVICES )
d/b/a University of Minnesota Medical Center )
2450 Riverside Avenue # 6 )
Minneapolis, MN )
)
FAIRVIEW HOSPITAL )
18101 Lorain Avenue )
Cleveland, OH 44111 )
)
FAYETTE REGIONAL HEALTH SYSTEM )
d/b/a Uniontown Hospital )
500 West Berkeley Street )
Uniontown, PA 15401 )

FLETCHER HOSPITAL, INC. )
d/b/a Park Ridge Community Hospital )
100 Hospital Drive )
Hendersonville, NC 28792 )
)
FLORIDA HOSPITAL NEW SMYRNA )
900 Hope Way )
Altamonte Springs, FL 32714 )
)
FLORIDA HOSPITAL WATERMAN, INC. )
d/b/a Florida Hospital Waterman )
1000 Waterman Way )
Tavares, FL 32778 )
)
FLORIDA HOSPITAL ZEPHYRHILLS, INC. )
d/b/a Florida Hospital Zephyrhills )
7050 Gall Blvd )
Zephyrhills, FL 33541 )
)
FLOWER MOUND HOSPITAL PARTNERS, LLC )
d/b/a Texas Health Presbyterian Hospital Flower Mound )
500 East Border Street, Suite 122 )
Arlington, Texas 76010 )
)
FLOYD HEALTHCARE MANAGEMENT, INC. )
d/b/a Floyd Medical Center )
304 Turner McCall Boulevard )
Rome, GA 30165 )
)
GOOD SAMARITAN HOSPITAL OF SUFFERN, N.Y. )
255 Lafayette Avenue )
Suffern, NY 10901 )
)
GULF BREEZE HOSPITAL BAPTIST HEALTH CARE )
d/b/a Gulf Breeze Hospital )
1000 West Moreno Street )
Pensacola, FL 32501 )
)
GUNDERSEN LUTHERAN MEDICAL CENTER, INC. )
1900 South Avenue )
La Crosse, WI 54601 )
)
GWINNETT HOSPITAL SYSTEM, INC. )
1000 Medical Center Boulevard )
Lawrenceville, GA 30046 )
)

HENRY FORD HEALTH SYSTEM )
d/b/a Henry Ford Hospital )
Corporate Legal )
One Ford Place, 4B )
Detroit, MI 48202 )
)
HENRY FORD HEALTH SYSTEM )
d/b/a Henry Ford Wyandotte Hospital )
Corporate Legal )
One Ford Place, 4B )
Detroit, MI 48202 )
)
HENRY FORD HEALTH SYSTEM )
d/b/a Henry Ford Macomb Hospital )
Corporate Legal )
One Ford Place, 4B )
Detroit, MI 48202 )
)
HENRY FORD HEALTH SYSTEM )
d/b/a Henry Ford West Bloomfield Hospital )
Corporate Legal )
One Ford Place, 4B )
Detroit, MI 48202 )
)
HOUSTON HOSPITALS, INC. )
d/b/a Houston Medical Center )
1601 Watson Boulevard )
Warner Robbins, GA 31093 )
)
HOUSTON HOSPITALS, INC. )
d/b/a Perry Hospital )
1601 Watson Boulevard )
Warner Robbins, GA 31093 )
)
HOUSTON METHODIST ST. JOHN HOSPITAL )
18300 St. John Drive )
Nassau Bay, TX 77058 )
)
HUTCHINSON REGIONAL MEDICAL CENTER, INC. )
1701 East 23rd Avenue )
Hutchinson, KS 67502 )
)
IHC HEALTH SERVICES, INC. )
d/b/a Alta View Hospital )
36 South State, Suite 2200 )
Salt Lake City, UT 84111 )

| | |
|---|---|
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a American Fork Hospital | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a Bear River Valley Hospital | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a Dixie Regional Medical Center | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a Intermountain Medical Center | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a LDS Hospital | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a Logan Regional Hospital | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a McKay-Dee Hospital | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a Orthopedic Specialty Hospital | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |
| | ) |
| IHC HEALTH SERVICES, INC. | ) |
| d/b/a Park City Medical Center | ) |
| 36 South State, Suite 2200 | ) |
| Salt Lake City, UT 84111 | ) |

IHC HEALTH SERVICES, INC. )
d/b/a Riverton Hospital )
36 South State, Suite 2200 )
Salt Lake City, UT 84111 )
)
IHC HEALTH SERVICES, INC. )
d/b/a Sevier Valley Hospital )
36 South State, Suite 2200 )
Salt Lake City, UT 84111 )
)
IHC HEALTH SERVICES, INC. )
d/b/a Utah Valley Regional Medical Center )
36 South State, Suite 2200 )
Salt Lake City, UT 84111 )
)
IHC HEALTH SERVICES, INC. )
d/b/a Valley View Medical Center )
36 South State, Suite 2200 )
Salt Lake City, UT 84111 )
)
JAY HOSPITAL BAPTIST HEALTH CARE )
d/b/a Jay Hospital )
1000 West Moreno Street )
Pensacola, FL 32501 )
)
JEANES HOSPITAL )
7600 Central Avenue )
Philadelphia, PA 19111 )
)
JEWISH HOSPITAL LLC )
4777 East Galbraith Rd )
Cincinnati, OH 45236 )
)
KNOX COMMUNITY HOSPITAL )
1330 Coshocton Hospital )
Mount Vernon, OH 43050 )
)
LAKEVIEW HOSPITAL )
927 West Churchill Street )
Stillwater, NM 55082 )
)
LUBBOCK COUNTY HOSPITAL DISTRICT )
d/b/a University Medical Center )
602 Indiana Avenue )
Lubbock, TX 79415 )

LUTHERAN HOSPITAL )
1730 West 25 Street )
Cleveland, OH 44113 )
)
MARTIN HEALTH SYSTEM )
d/b/a Martin Memorial Medical Center )
200 Hospital Avenue )
Stuart, FL 34995 )
)
MARY IMMACULATE HOSPITAL, INC. )
2 Bernardine Drive )
Newport News, VA 23602 )
)
MARYMOUNT HOSPITAL )
12300 McCracken Road )
Garfield Heights, OH 44125 )
)
MEDINA HOSPITAL )
1000 East Washington Street )
Medina, OH 44256 )
)
MEMORIAL HEALTH SYSTEMS, INC. )
d/b/a Florida Hospital Memorial Medical Center )
301 Memorial Medical Parkway )
Daytona Beach, FL 32117 )
)
MEMORIAL HOSPITAL FLAGLER, INC. )
d/b/a Florida Hospital Flagler )
60 Memorial Medical Parkway )
Palm Coast, FL 32164 )
)
MEMORIAL HOSPITAL, INC. )
d/b/a Manchester Memorial Hospital )
210 Marie Langdon Drive )
Manchester, KY 40962 )
)
MEMORIAL HOSPITAL-WEST VOLUSIA, INC. )
d/b/a Florida Hospital DeLand )
701 W. Plymouth Avenue )
DeLand, FL 32720 )
)
MERCY HEALTH PARTNERS-LOURDES INC. )
d/b/a Lourdes Hospital )
1530 Lone Oak Rd )
Paducah, KY 42003 )

MERCY HEALTH TIFFIN HOSPITAL LLC )
d/b/a Mercy Tiffin Hospital )
45 St. Lawrence Drive )
Tiffin, OH 44883 )
)
MERCY HEALTH YOUNGSTOWN LLC )
d/b/a St. Elizabeth Boardman Health Center )
8401 Market Street )
Boardman, OH 44512 )
)
MERCY HEALTH YOUNGSTOWN LLC )
d/b/a St. Elizabeth Health Center )
1044 Belmont Avenue )
Youngstown, OH 44501 )
)
MERCY HEALTH YOUNGSTOWN LLC )
d/b/a St. Joseph Health Center )
667 Eastland Avenue South East )
Warren, OH 44484 )
)
MERCY HEALTH-ANDERSON HOSPITAL LLC )
7500 State Road )
Cincinnati, OH 45255 )
)
MERCY HEALTH-CLERMONT HOSPITAL LLC )
3000 Hospital Drive )
Batavia, OH 45103 )
)
MERCY HEALTH-DEFIANCE HOSPITAL LLC )
d/b/a Mercy Defiance Hospital )
1404 E. Second Street )
Defiance, OH 43512 )
)
MERCY HEALTH-FAIRFIELD HOSPITAL LLC )
3000 Mack Road )
Fairfield, OH 45014 )
)
MERCY HEALTH-REGIONAL MEDICAL )
CENTER LLC )
3700 Kolbe Road )
Lorain, OH 44053 )
)
MERCY HEALTH-ST ANNE HOSPITAL LLC )
d/b/a Mercy St. Anne Hospital )
3404 W. Sylvania Avenue )
Toledo, OH 43623 )

MERCY HEALTH-ST VINCENT MEDICAL CENTER LLC d/b/a Mercy St. Vincent Medical Center )
2213 Cherry Street )
Toledo, OH 43608 )

MERCY HEALTH-ST. CHARLES HOSPITAL LLC )
d/b/a Mercy St. Charles Hospital )
2600 Navarre Avenue )
Oregon, OH 43616 )

MERCY HEALTH-WEST HOSPITAL LLC )
3300 Mercy Health Boulevard )
Cincinnati, OH 45211 )

MERCY HOSPITAL, IOWA CITY, IOWA )
500 East Market Street )
Iowa City, IA 52245-2689 )

METHODIST HEALTH CENTERS )
d/b/a Houston Methodist Hospital )
8100 Greenbriar, GB 240 )
Houston, TX 77054 )

METHODIST HEALTH CENTERS )
d/b/a Houston Methodist San Jacinto Hospital )
8100 Greenbriar, GB 240 )
Houston, TX 77054 )

METHODIST HEALTH CENTERS )
d/b/a Houston Methodist Sugar Land )
8100 Greenbriar, GB 240 )
Houston, TX 77054 )

METHODIST HEALTH CENTERS )
d/b/a Houston Methodist West Hospital )
8100 Greenbriar, GB 240 )
Houston, TX 77054 )

METHODIST HEALTH CENTERS )
d/b/a Houston Methodist Willowbrook Hospital )
8100 Greenbriar, GB 240 )
Houston, TX 77054 )

METROPLEX ADVENTIST HOSPITAL, INC. )
d/b/a Metroplex Adventist Hospital )
2201 South Clear Creek Road )
Killeen, TX 76549 )
)
MIDLAND COUNTY HOSPITAL DISTRICT )
d/b/a/ Midland Memorial Hospital )
400 Rosalind Redfern Grover Parkway )
Midland, TX 79701 )
)
MOTHER FRANCES REGIONAL HOSPITAL CENTER)
d/b/a CHRISTUS Mother Frances Hospital—Tyler )
800 East Dawson )
Tyler, TX 75701 )
)
NORTHEAST GEORGIA MEDICAL CENTER )
743 Spring Street N.E. )
Gainesville, GA 30501 )
)
OAKBEND MEDICAL CENTER )
1705 Jackson Street )
Richmond, TX 77469 )
)
OCHSNER CLINIC FOUNDATION )
d/b/a Ochsner Medical Center )
1516 Jefferson Highway )
New Orleans, LA 70121 )
)
OCHSNER MEDICAL CENTER-KENNER, LLC )
180 West Esplanade Avnue. )
Kenner, LA 70065 )
)
OCHSNER MEDICAL CENTER-NORTHSHORE, LLC )
100 Medical Center Drive )
Slidell, LA 70461 )
)
OSF HEALTHCARE SYSTEM )
d/b/a Ottawa Regional Hospital & Healthcare Center )
d/b/a OSF Saint Elizabeth Medical Center )
800 NE Glen Oak Avenue )
Peoria, IL 61603 )
)
OSF HEALTHCARE SYSTEM )
d/b/a Saint Anthony Medical Center )
800 NE Glen Oak Avenue )
Peoria, IL 61603 )

OSF HEALTHCARE SYSTEM )
d/b/a Saint Anthony's Health Center )
800 NE Glen Oak Avenue )
Peoria, IL 61603 )
)
OSF HEALTHCARE SYSTEM )
d/b/a Saint Francis Medical Center )
800 NE Glen Oak Avenue )
Peoria, IL 61603 )
)
OSF HEALTHCARE SYSTEM )
d/b/a Saint James Hospital )
800 NE Glen Oak Avenue )
Peoria, IL 61603 )
)
OSF HEALTHCARE SYSTEM )
d/b/a St. Joseph Medical Center )
800 NE Glen Oak Avenue. )
Peoria, IL 61603 )
)
OSF HEALTHCARE SYSTEM )
d/b/a St. Mary Medical Center )
800 NE Glen Oak Avenue )
Peoria, IL 61603 )
)
OUR LADY OF BELLEFONTE HOSPITAL, INC. )
1000 St. Christopher Drive )
Ashland, KY 41101 )
)
PARK NICOLLET METHODIST HOSPITAL )
6500 Excelsior Boulevard )
St. Louis Park, NM 55426 )
)
PARKVIEW MEDICAL CENTER, INC. )
400 West 16th Street )
Pueblo, CO 81003 )
)
PASCO-PINELLAS HILLSBOROUGH COMMUNITY )
HEALTH SYSTEM, INC. d/b/a Florida Hospital )
Wesley Chapel )
2600 Bruce B. Downs Boulevard )
Wesley Chapel, FL 33544 )

PHYSICIANS MEDICAL CENTER, LLC )
d/b/a Texas Health Center for Diagnostics and Surgery )
Plano )
500 East Border Street, Suite 122 )
Arlington, Texas 76010 )
)
PIEDMONT HEALTHCARE, INC. )
d/b/a Piedmont Fayette Hospital )
1800 Howell Mill Road )
Atlanta, GA 30318 )
)
PIEDMONT HEALTHCARE, INC. )
d/b/a Piedmont Henry Hospital, Inc. )
1800 Howell Mill Road )
Atlanta, GA 30318 )
)
PIEDMONT HEALTHCARE, INC. )
d/b/a Piedmont Hospital, Inc. )
1800 Howell Mill Road )
Atlanta, GA 30318 )
)
PIEDMONT HEALTHCARE, INC. )
d/b/a Piedmont Mountainside Hospital, Inc. )
1800 Howell Mill Road )
Atlanta, GA 30318 )
)
PIEDMONT HEALTHCARE, INC. )
d/b/a Piedmont Newnan Hospital, Inc. )
1800 Howell Mill Road )
Atlanta, GA 30318 )
)
PIEDMONT HEALTHCARE, INC. )
d/b/a Piedmont Newton Hospital, Inc. )
1800 Howell Mill Road )
Atlanta, GA 30318 )
)
PORTERCARE ADVENTIST HEALTH SYSTEM )
d/b/a Avista Adventist Hospital )
100 Health Park Drive )
Louisville, CO 80027 )
)
PORTERCARE ADVENTIST HEALTH SYSTEM )
d/b/a Castle Rock Adventist Hospital )
188 Inverness Drive West, Suite 500 )
Englewood, CO 80112 )
)

PORTERCARE ADVENTIST HEALTH SYSTEM )
d/b/a Littleton Adventist Hospital )
7700 S. Broadway )
Littleton, CO 80122 )
)
PORTERCARE ADVENTIST HEALTH SYSTEM )
d/b/a Parker Adventist Hospital )
9395 Crown Crest Boulevard )
Parker, CO 80138 )
)
PORTERCARE ADVENTIST HEALTH SYSTEM )
d/b/a Porter Adventist Hospital )
2525 South Downing Street )
Denver, CO 80210 )
)
PRESBYTERIAN HEALTHCARE SERVICES )
d/b/a Plains Regional Medical Center-Clovis )
P.O. Box 26666 )
Albuquerque, NM 87125 )
)
PRESBYTERIAN HEALTHCARE SERVICES )
d/b/a Presbyterian Espanola Hospital )
P.O. Box 26666 )
Albuquerque, NM 87125 )
)
PRESBYTERIAN HEALTHCARE SERVICES )
d/b/a Presbyterian Hospital )
P.O. Box 26666 )
Albuquerque, NM 87125 )
)
RANGE REGIONAL HEALTH SERVICES )
d/b/a Fairview University Medical Center-Mesabi a/k/a )
Fairview Range Medical Center )
750 East 34th St )
Hibbing, MN 55746 )
)
RECTORS AND VISITORS OF THE UNIVERSITY )
OF VIRGINIA d/b/a University of Virginia Medical )
Center )
1215 Lee Street )
Charlottesville, VA 22908 )
)
REGIONS HOSPITAL )
Mail Station 11603A )
340 Jackson Street )
Saint Paul, NM 55101 )

RIVERSIDE MEDICAL CENTER )
350 North Wall Street )
Kankakee, IL 60901 )
)
ROCKWALL REGIONAL HOSPITAL, LLC )
d/b/a Texas Health Presbyterian Hospital Rockwall )
500 East Border Street, Suite 122 )
Arlington, Texas 76010 )
)
SAINT FRANCIS HEALTH SYSTEM, INC. )
d/b/a Saint Francis Hospital )
6161 South Yale Avenue )
Tulsa, OK 74136 )
)
SAINT FRANCIS HEALTH SYSTEM, INC. )
d/b/a Saint Francis Hospital South )
6161 South Yale Avenue )
Tulsa, OK 74136 )
)
SHAWNEE MISSION MEDICAL CENTER, INC. )
d/b/a Shawnee Mission Medical Center )
9100W 74th Street )
Shawnee Mission, KS 66204 )
)
SOUTHERN REGIONAL MEDICAL CORPORATION )
d/b/a Leonard J. Chabert Medical Center )
1978 Industrial Boulevard )
Houma, LA 70363 )
)
SOUTHLAKE SPECIALTY HOSPITAL, LLC )
d/b/a Texas Health Harris Methodist Hospital Southlake )
500 East Border Street, Suite 122 )
Arlington, Texas 76010 )
)
SOUTHWEST VOLUSIA HEALTHCARE )
d/b/a Florida Hospital Fish Memorial )
1055 Saxon Boulevard )
Orange City, FL 32763 )
)
ST. RITA’S MEDICAL CENTER LLC )
730 W. Market Street )
Lima, OH 45801 )

ST. ANTHONY COMMUNITY HOSPITAL, )
WARWICK, NEW YORK )
15 Maple Avenue )
Warwick, NY 10990 )
)
ST. FRANCIS HOSPITAL, INC. )
1 Saint Francis Drive )
Greenville, SC 29601 )
)
ST. MARY'S MEDICAL CENTER, INC. )
2900 First Avenue )
Huntington, WV 25702 )
)
SWEDISH AMERICAN HOSPITAL )
1401 E. State Street )
Rockford, IL 61104 )
)
TARPON SPRINGS HOSPITAL FOUNDATION, INC. )
d/b/a Florida Hospital North Pinellas )
1395 S. Pinellas Avenue )
Tarpon Springs, FL 34689 )
)
TEMPLE UNIVERSITY HOSPITAL, INC. )
3401 North Broad Street )
Philadelphia, PA 19140 )
)
TEXAS HEALTH HUGULEY, INC. )
d/b/a Texas Health Huguley Hospital )
11801 South Freeway )
Burleson, TX 76028 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Arlington Memorial Hospital )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital )
Southwest Fort Worth )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital Alliance )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )

TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital Azle )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital Cleburne )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital Fort Worth )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital HEB )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Harris Methodist Hospital Stephenville )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Presbyterian Hospital Allen )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Presbyterian Hospital Dallas )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Presbyterian Hospital Denton )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS HEALTH RESOURCES )
d/b/a Texas Health Presbyterian Hospital Kaufman )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)

TEXAS HEALTH RESOURCES )
d/b/a Texas Health Presbyterian Hospital Plano )
612 E. Lamar Boulevard, Suite 600 )
Arlington, TX 76011 )
)
TEXAS INSTITUTE FOR SURGERY, LLP )
7115 Greenville Avenue )
Suite 215 )
Dallas, TX 75231 )
)
THE BOARD OF TRUSTEES OF THE UNIVERSITY )
OF ALABAMA d/b/a University of Alabama Hospital )
619 19th Street South, MEB 300 )
Birmingham, AL 35249 )
)
THE HEALTH CARE AUTHORITY FOR BAPTIST )
HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM )
d/b/a Baptist Medical Center East )
301 Brown Springs Road )
Montgomery, AL 36117 )
)
THE HEALTH CARE AUTHORITY FOR BAPTIST )
HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM )
d/b/a Baptist Medical Center South )
301 Brown Springs Road )
Montgomery, AL 36117 )
)
THE HEALTH CARE AUTHORITY FOR BAPTIST )
HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM )
d/b/a Prattville Baptist Hospital )
301 Brown Springs Road )
Montgomery, AL36117 )
)
THE HEALTH CARE AUTHORITY FOR BAPTIST )
HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM )
d/b/a UAB Medical West )
995 9th Avenue SW )
Bessemer, AL 35022 )
)
THE MEDICAL CENTER OF CENTRAL GEORGIA, )
INC. )
691 Cherry Street, Suite 700 )
Macon, GA 31201 )

THE REGIONAL MEDICAL CENTER OF ORANGEBURG AND CALHOUN COUNTIES )
3000 St. Matthews Road )
Orangeburg, SC 29118 )

THE UNIVERSITY OF VERMONT MEDICAL CENTER, INC. f/d/b/a Fletcher Allen Healthcare )
111 Colchester Avenue )
Burlington, VT 05401 )

UNIVERSITY COMMUNITY HOSPITAL, INC. )
d/b/a Florida Hospital Carrollwood )
7171 N. Dale Mabry Highway )
Tampa, FL 33614 )

UNIVERSITY COMMUNITY HOSPITAL, INC. )
d/b/a Florida Hospital Tampa )
3100 E. Fletcher Avenue )
Tampa, FL 33613 )

UNIVERSITY OF KANSAS HOSPITAL AUTHORITY )
3901 Rainbow Boulevard )
Kansas City, KS 66160 )

W. A. FOOTE MEMORIAL HOSPITAL )
d/b/a Henry Ford Allegiance Health; Allegiance Health )
205 North East Avenue )
Jackson, MI 49201 )

WELLSTAR HEALTH SYSTEM )
d/b/a WellStar Atlanta Medical Center )
793 Sawyer Road )
Marietta, GA 30062 )

WELLSTAR HEALTH SYSTEM )
d/b/a Wellstar Cobb Hospital )
793 Sawyer Road )
Marietta, GA 30062 )

WELLSTAR HEALTH SYSTEM )
d/b/a Wellstar Douglas Hospital )
793 Sawyer Road )
Marietta, GA 30062 )

WELLSTAR HEALTH SYSTEM )
d/b/a Wellstar Kennestone Hospital )
793 Sawyer Road )
Marietta, GA 30062 )
)
WELLSTAR HEALTH SYSTEM )
d/b/a Wellstar North Fulton Hospital )
793 Sawyer Road )
Marietta, GA 30062 )
)
WELLSTAR HEALTH SYSTEM )
d/b/a Wellstar Paulding Hospital )
793 Sawyer Road )
Marietta, GA 30062 )
)
WELLSTAR HEALTH SYSTEM )
d/b/a Wellstar Spalding Hospital )
793 Sawyer Road )
Marietta, GA 30062 )
)
WESTCHESTER COUNTY HEALTH CORPORATION )
d/b/a Westchester Medical Center )
Taylor Pavilion, 2nd Floor Room M202 )
100 Woods Road )
Valhalla, NY 10595 )
)
WESTON CLEVELAND CLINIC FLORIDA )
2959 Cleveland Clinic Boulevard )
Weston, FL 33331 )
)
WESTERN MISSOURI MEDICAL CENTER )
403 Burkarth Road )
Warrensburg, MO 64093 )
)
YAVAPAI COMMUNITY HOSPITAL )
ASSOCIATION d/b/a Yavapai Regional )
Medical Center )
1003 Willow Creek Road )
Prescott, AZ 86301 )
)
Plaintiffs, )
)
v. )
)
THOMAS E. PRICE, Secretary )
United States Department of )

Health and Human Services, )
200 Independence Avenue, S.W. )
Washington, DC 20201, )
)
Defendant. )
____________________________________________)

## COMPLAINT

### I. INTRODUCTION AND NATURE OF SUIT

1. Plaintiffs seek judicial review of a final determination of the Secretary of the Department of Health and Human Services (the "Secretary") regarding the FFY 2017 operating inpatient prospective payment system ("IPPS") standardized amount and the capital standard federal payment rate. Specifically, Plaintiffs raise the following issues:

   a. Whether the Secretary acted arbitrarily, capriciously and violated the Administrative Procedure Act ("APA") by failing to adopt a permanent and positive adjustment to FFY 2017 IPPS rates to offset the aggregate decline in IPPS payments resulting from the Two-Midnight inpatient coverage rule.

2. In the IPPS rulemaking for FFY 2014, the Secretary adopted a rule narrowing the coverage of inpatient hospital services payable under IPPS. ("FFY 2014 Final Rule"), 78 Fed. Reg. 50496, 50938-54 (Aug. 19, 2013). Under this new rule, Medicare beneficiaries whose stay spanned two midnights are deemed inpatients and, barring "rare and unusual" circumstances, those not meeting the two-midnight threshold are deemed outpatients and correspondingly are paid under the Outpatient Prospective Payment System ("OPPS"). 78 Fed. Reg. at 50952-54. The Secretary estimated that his new rule would result in a net increase in covered inpatient hospital stays and that Part A expenditures would grow by $220 million annually. *Id*. at 50952-54.

3. Relying on this estimate without adequately explaining his methodology, the Secretary concluded that the Two-Midnight rule introduced a change of "sufficient magnitude and breadth to significantly impact the IPPS," which "would be inappropriate to ignore . . . in the development of IPPS rates" and therefore implemented a permanent 0.2 percent reduction in IPPS payment rates to offset the perceived financial impact of the new coverage rule. *Id.* at 50954. The Secretary carried forward this payment reduction policy in setting hospital payment rates for inpatient services for FFYs 2015-2016. *See* 79 Fed. Reg. 49853, 50146-48 (Aug. 22, 2014) ("FFY 2015 Final Rule") and 80 Fed. Reg. 49325, 49593-94 (Aug. 17, 2015 ("FFY 2016 Final Rule").

4. The Secretary discontinued the 0.2 percent negative adjustment in the FFY 2017 Final Rule and adopted a one-time 0.6 percent increase in FFY 2017 IPPS rates to purportedly "address the effects" of the 0.2 percent rate cut in FFYs 2014-2016. 81 Fed. Reg. 56760, 57057-60 (Aug. 22, 2016). These actions do not, however, address the Providers' claims in this appeal, which seek a rate *increase* above the *status quo ante* to offset the predictable decline in IPPS expenditures, which the Secretary ignored in FFY 2014 and has continued to ignore in subsequent years, including FFY 2017. The 0.6 percent upward adjustment adopted by the Secretary in FFY 2017 is irrelevant to these claims and is not challenged in this appeal.

5. The Secretary's failure to adopt a permanent rate increase to the operating IPPS standardized amount and the capital standard federal payment rate for FFY 2017 is unlawful because:

a. The Secretary failed to provide a reasoned basis that would explain his decision to depart from his policy to use his adjustment authority to offset predictable changes brought about by the Two-Midnight rule that are of

"sufficient magnitude and breadth to significantly impact the IPPS," which is arbitrary and capricious;

b. The Secretary's decision not to adopt a permanent and significant upward adjustment runs counter to the data before him and is arbitrary and capricious; and

c. The Secretary violated the APA's notice and comment rulemaking requirements because the Secretary failed to address or take into account public comments to the proposed rule that pointed out that the data supported a rate increase above the *status quo* prior to FFY 2014.

6. Accordingly, the Plaintiffs seek an order compelling the Secretary to consider an IPPS rate increase of at least 2.0 percent, consistent with all Medicare claims data, to offset the predictable net decline in IPPS expenditures caused by the implementation of the Two-Midnight rule.

## II. PARTIES

7. The Plaintiffs in this action consist of two-hundred and thirteen (213) hospitals that participate in the Medicare program:

- Adventist Bolingbrook Hospital, Medicare Provider No. 14-0304;
- Adventist GlenOaks Hospital, Medicare Provider No. 14-0292;
- Adventist Health System Georgia, Inc. d/b/a Gordon Hospital, Medicare Provider No. 11-0023;
- Adventist Health System Georgia, Inc. d/b/a/ Murray Medical Center, Medicare Provider No. 11-0050;

- Adventist Health System-Sunbelt, Inc. d/b/a Florida Hospital Heartland Medical Center, Medicare Provider No. 10-0109;
- Adventist Health System-Sunbelt, Inc. d/b/a Florida Hospital Orlando, Medicare Provider No. 10-0007;
- Adventist Health System-Sunbelt, Inc. d/b/a Adventist La Grange Memorial Hospital, Medicare Provider No. 14-0065;
- Adventist Health System-Sunbelt, Inc. d/b/a Central Texas Medical Center, Medicare Provider No. 45-0272;
- Adventist Hinsdale Hospital, Medicare Provider No. 14-0122;
- Akron General Medical Center, Medicare Provider No. 36-0027;
- Athens Regional Medical Center, Inc., Medicare Provider No. 11-0074;
- Baptist Hospital Baptist Health Care d/b/a Baptist Hospital, Medicare Provider No. 10-0093;
- Board of Trustees of North Kansas City Hospital d/b/a North Kansas City Hospital, Medicare Provider No. 26-0096;
- Bon Secours Community Hospital, Medicare Provider No. 33-0135;
- Bon Secours Depaul Medical Center, Inc., Medicare Provider No. 49-0011;
- Bon Secours Maryview Medical Center, Medicare Provider No. 49-0017;
- Bon Secours Memorial Regional Medical Center, Inc., Medicare Provider No. 49-0069;
- Bon Secours St. Mary's Hospital of Richmond, Inc., Medicare Provider No. 49-0059;
- Bon Secours-Richmond Community Hospital, Inc., Medicare Provider No. 49-0094;
- Bon Secours-St. Francis Medical Center, Inc., Medicare Provider No. 49-0136;
- Carilion Franklin Memorial Hospital, Medicare Provider No. 49-0089;

- Carilion Medical Center, Medicare Provider No. 49-0024;
- Carilion New River Valley Medical Center, Medicare Provider No. 49-0042;
- Carilion Tazewell Community Hospital, Medicare Provider No. 49-0117;
- Central Vermont Medical Center, Inc., Medicare Provider No. 47-0001;
- Champlain Valley Physicians Hospital Medical Center, Medicare Provider No. 33-0250;
- Charleston Area Medical Center, Inc., Medicare Provider No. 51-0022;
- Chattanooga Hamilton County Hospital Authority d/b/a Erlanger Medical Center, Medicare Provider No. 44-0104;
- CHRISTUS Health Ark-La-Tex d/b/a CHRISTUS St. Michael Health System, Medicare Provider No. 45-0801;
- CHRISTUS Health Central Louisiana d/b/a CHRISTUS St. Frances Cabrini Hospital, Medicare Provider No. 19-0019;
- CHRISTUS Health Northern Louisiana d/b/a CHRISTUS Shumpert Medical Center, Medicare Provider No. 19-0041;
- CHRISTUS Health Southeast Texas d/b/a CHRISTUS Hospital, Medicare Provider No. 45-0034;
- CHRISTUS Health Southwestern Louisiana d/b/a CHRISTUS St. Patrick Hospital, Medicare Provider No. 19-0027;
- CHRISTUS Jasper Memorial Hospital, Medicare Provider No. 45-0573;
- CHRISTUS Santa Rosa Health Care d/b/a CHRISTUS Santa Rosa Health System, Medicare Provider No. 45-0237;
- CHRISTUS Spohn Health System Corporation d/b/a CHRISTUS Spohn Hospital Alice, Medicare Provider No. 45-0828;

- CHRISTUS Spohn Health System Corporation d/b/a CHRISTUS Spohn Hospital Beeville, Medicare Provider No. 45-0082;
- CHRISTUS Spohn Health System Corporation d/b/a CHRISTUS Spohn Hospital Corpus Christi, Medicare Provider No. 45-0046;
- CHRISTUS Spohn Health System Corporation d/b/a CHRISTUS Spohn Hospital Kleberg, Medicare Provider No. 45-0163;
- CHRISTUS St. Vincent Regional Medical Center, Medicare Provider No. 32-0002;
- Cleveland Clinic Foundation, Medicare Provider No. 36-0180;
- Cleveland Clinic Avon Hospital d/b/a Avon Hospital, Medicare Provider No. 36-0364;
- Cleveland Clinic Health System – East Region d/b/a Euclid Hospital, Medicare Provider No. 36-0082;
- Cleveland Clinic Health System – East Region d/b/a Hillcrest Hospital, Medicare Provider No. 36-0230;
- Cleveland Clinic Health System – East Region d/b/a South Pointe Hospital, Medicare Provider No. 36-0144;
- Community Mercy Health Partners d/b/a Springfield Regional Medical Center, Medicare Provider No. 36-0086;
- Copley Memorial Hospital, Inc., Medicare Provider No. 14-0029;
- Culpeper Memorial Hospital, Inc., Medicare Provider No. 49-0019;
- East Baton Rouge Medical Center, LLC d/b/a Ochsner Medical Center-Baton Rouge, Medicare Provider No. 19-0202;
- Fairview Health Services d/b/a Fairview Lakes Medical Center, Medicare Provider No. 24-0050B;

- Fairview Health Services d/b/a Fairview Northland Medical Center, Medicare Provider No. 24-0141;
- Fairview Health Services d/b/a Fairview Ridges Hospital, Medicare Provider No. 24-0207;
- Fairview Health Services d/b/a Fairview Southdale Hospital, Medicare Provider No. 24-0078;
- Fairview Health Services d/b/a University of Minnesota Medical Center, Medicare Provider No. 24-0080;
- Fairview Hospital, Medicare Provider No. 36-0077;
- Fayette Regional Health System d/b/a Uniontown Hospital, Medicare Provider No. 39-0041;
- Fletcher Hospital, Inc. d/b/a Park Ridge Community Hospital, Medicare Provider No. 34-0023;
- Florida Hospital New Smyrna, Medicare Provider No. 10-0014;
- Florida Hospital Waterman, Inc. d/b/a Florida Hospital Waterman, Medicare Provider No. 10-0057;
- Florida Hospital Zephyrhills, Inc. d/b/a Florida Hospital Zephyrhills, Medicare Provider No. 10-0046;
- Flower Mound Hospital Partners, LLC d/b/a Texas Health Presbyterian Hospital Flower Mound; Provider No. 67-0068;
- Floyd Healthcare Management, Inc. d/b/a Floyd Medical Center, Medicare Provider No. 11-0054;
- Good Samaritan Hospital of Suffern, N.Y., Medicare Provider No. 33-0158;

- Gulf Breeze Hospital Baptist Health Care d/b/a Gulf Breeze Hospital, Medicare Provider No. 10-0266;
- Gundersen Lutheran Medical Center, Inc., Medicare Provider No. 52-0087;
- Gwinnett Hospital System, Inc., Medicare Provider No. 11-0087;
- Henry Ford Health System d/b/a Henry Ford Hospital , Medicare Provider No. 23-0053;
- Henry Ford Health System d/b/a Henry Ford Wyandotte Hospital, Medicare Provider No. 23-0146;
- Henry Ford Health System d/b/a Henry Ford Macomb Hospital, Medicare Provider No. 23-0047;
- Henry Ford Health System d/b/a Henry Ford West Bloomfield Hospital, Medicare Provider No. 23-0302;
- Houston Hospitals, Inc. d/b/a Houston Medical Center, Medicare Provider No. 11-0069;
- Houston Hospitals, Inc. d/b/a Perry Hospital, Medicare Provider No. 11-0153;
- Houston Methodist St. John Hospital, Medicare Provider No. 45-0709;
- Hutchinson Regional Medical Center, Inc., Medicare Provider No. 17-0020;
- IHC Health Services, Inc. d/b/a Alta View Hospital, Medicare Provider No. 46-0044;
- IHC Health Services, Inc. d/b/a American Fork Hospital, Medicare Provider No. 46-0023;
- IHC Health Services, Inc. d/b/a Bear River Valley Hospital, Medicare Provider No. 46-0039;
- IHC Health Services, Inc. d/b/a Dixie Regional Medical Center, Medicare Provider No. 46-0021;

- IHC Health Services, Inc. d/b/a Intermountain Medical Center, Medicare Provider No. 46-0010;
- IHC Health Services, Inc. d/b/a LDS Hospital, Medicare Provider No. 46-0006;
- IHC Health Services, Inc. d/b/a Logan Regional Hospital, Medicare Provider No. 46-0015;
- IHC Health Services, Inc. d/b/a Mckay-Dee Hospital, Medicare Provider No. 46-0004;
- IHC Health Services, Inc. d/b/a Orthopedic Specialty Hospital, Medicare Provider No. 46-0049;
- IHC Health Services, Inc. d/b/a Park City Medical Center, Medicare Provider No. 46-0057;
- IHC Health Services, Inc. d/b/a Riverton Hospital, Medicare Provider No. 46-0058;
- IHC Health Services, Inc. d/b/a Sevier Valley Hospital, Medicare Provider No. 46-0026;
- IHC Health Services, Inc. d/b/a Utah Valley Regional Medical Center, Medicare Provider No. 46-0001;
- IHC Health Services, Inc. d/b/a Valley View Medical Center, Medicare Provider No. 46-0007;
- Jay Hospital Baptist Health Care d/b/a Jay Hospital, Medicare Provider No. 10-0048;
- Jeanes Hospital, Medicare Provider No. 39-0080;
- Jewish Hospital LLC, Medicare Provider No. 36-0016;
- Knox Community Hospital, Medicare Provider No. 36-0040;
- Lakeview Memorial Hospital, Medicare Provider No. 24-0066;
- Lubbock County Hospital District d/b/a University Medical Center, Medicare Provider No. 45-0686;

- Lutheran Hospital, Medicare Provider No. 36-0087;
- Martin Health System d/b/a Martin Memorial Medical Center, Medicare Provider No. 10-0044;
- Mary Immaculate Hospital, Inc., Medicare Provider No. 49-0041;
- Marymount Hospital, Medicare Provider No. 36-0143;
- Medina Hospital, Medicare Provider No. 36-0091;
- Memorial Health Systems, Inc. d/b/a Florida Hospital Memorial Medical Center, Medicare Provider No. 10-0068;
- Memorial Hospital Flagler, Inc. d/b/a Florida Hospital Flagler, Medicare Provider No. 10-0118;
- Memorial Hospital, Inc. d/b/a Manchester Memorial Hospital, Medicare Provider No. 18-0043;
- Memorial Hospital-West Volusia, Inc. d/b/a Florida Hospital Deland, Medicare Provider No. 10-0045;
- Mercy Health Partners-Lourdes Inc. d/b/a Lourdes Hospital, Medicare Provider No. 18-0102;
- Mercy Health Tiffin Hospital LLC d/b/a Mercy Tiffin Hospital, Medicare Provider No. 36-0089;
- Mercy Health Youngstown LLC d/b/a St. Elizabeth Boardman Health Center, Medicare Provider No. 36-0276;
- Mercy Health Youngstown LLC d/b/a St. Elizabeth Health Center, Medicare Provider No. 36-0064;

- Mercy Health Youngstown LLC d/b/a St. Joseph Health Center, Medicare Provider No. 36-0161;
- Mercy Health-Anderson Hospital LLC, Medicare Provider No. 36-0001;
- Mercy Health-Clermont Hospital LLC, Medicare Provider No. 36-0236;
- Mercy Health-Defiance Hospital LLC d/b/a Mercy Defiance Hospital, Medicare Provider No. 36-0270;
- Mercy Health-Fairfield Hospital LLC, Medicare Provider No. 36-0056;
- Mercy Health-Regional Medical Center LLC, Medicare Provider No. 36-0172;
- Mercy Health-St. Anne Hospital LLC d/b/a Mercy St. Anne Hospital, Medicare Provider No. 36-0262;
- Mercy Health-St. Vincent Medical Center LLC d/b/a Mercy St. Vincent Medical Center, Medicare Provider No. 36-0112;
- Mercy Health-St. Charles Hospital LLC d/b/a Mercy St. Charles Hospital, Medicare Provider No. 36-0081;
- Mercy Health-West Hospital LLC, Medicare Provider No. 36-0234;
- Mercy Hospital, Iowa City, Iowa, Medicare Provider No. 16-0029;
- Methodist Health Centers d/b/a Houston Methodist Hospital, Medicare Provider No. 45-0358;
- Methodist Health Centers d/b/a Houston Methodist San Jacinto Hospital, Medicare Provider No. 45-0424;
- Methodist Health Centers d/b/a Houston Methodist Sugar Land, Medicare Provider No. 45-0820;

- Methodist Health Centers d/b/a Houston Methodist West Hospital, Medicare Provider No. 67-0077;
- Methodist Health Centers d/b/a Houston Methodist Willowbrook Hospital, Medicare Provider No. 45-0844;
- Metroplex Adventist Hospital, Inc. d/b/a Metroplex Adventist Hospital, Medicare Provider No. 45-0152;
- Midland County Hospital District d/b/a Midland Memorial Hospital, Medicare Provider No. 45-0133;
- Mother Frances Regional Hospital Center d/b/a CHRISTUS Mother Frances Hospital—Tyler, Medicare Provider No. 45-0102;
- Northeast Georgia Medical Center, Medicare Provider No. 11-0029;
- Oakbend Medical Center, Medicare Provider No. 45-0330;
- Ochsner Clinic Foundation d/b/a Ochsner Medical Center, Medicare Provider No. 19-0036;
- Ochsner Medical Center-Kenner, LLC, Medicare Provider No. 19-0274;
- Ochsner Medical Center-Northshore, LLC, Medicare Provider No. 19-0204;
- OSF Healthcare System d/b/a Ottawa Regional Hospital & Healthcare Center d/b/a OSF Saint Elizabeth Medical Center, Medicare Provider No. 14-0110;
- OSF Healthcare System d/b/a Saint Anthony Medical Center, Medicare Provider No. 14-0233;
- OSF Healthcare System d/b/a Saint Anthony's Health Center, Medicare Provider No. 14-0052;

- OSF Healthcare System d/b/a Saint Francis Medical Center, Medicare Provider No. 14-0067;
- OSF Healthcare System d/b/a Saint James Hospital, Medicare Provider No. 14-0161;
- OSF Healthcare System d/b/a St. Joseph Medical Center, Medicare Provider No. 14-0162;
- OSF Healthcare System d/b/a St. Mary Medical Center, Medicare Provider No. 14-0064;
- Our Lady of Bellefonte Hospital, Inc., Medicare Provider No. 18-0036;
- Park Nicollet Methodist Hospital, Medicare Provider No. 24-0053;
- Parkview Medical Center, Inc., Medicare Provider No. 06-0020;
- Pasco-Pinellas Hillsborough Community Health System, Inc. d/b/a Florida Hospital Wesley Chapel, Medicare Provider No. 10-0319;
- Physicians Medical Center, LLC d/b/a Texas Health Center For Diagnostics and Surgery Plano, Medicare Provider No. 45-0891;
- Piedmont Healthcare, Inc. d/b/a Piedmont Fayette Hospital, Medicare Provider No. 11-0215;
- Piedmont Healthcare, Inc. d/b/a Piedmont Henry Hospital, Inc., Medicare Provider No. 11-0191;
- Piedmont Healthcare, Inc. d/b/a Piedmont Hospital, Inc., Medicare Provider No. 11-0083;
- Piedmont Healthcare, Inc. d/b/a Piedmont Mountainside Hospital, Inc., Medicare Provider No. 11-0225;
- Piedmont Healthcare, Inc. d/b/a Piedmont Newnan Hospital, Inc., Medicare Provider No. 11-0229;

- Piedmont Healthcare, Inc. d/b/a Piedmont Newton Hospital, Medicare Provider No. 11-0018;
- Portercare Adventist Health System d/b/a Avista Adventist Hospital, Medicare Provider No. 06-0103;
- Portercare Adventist Health System d/b/a Castle Rock Adventist Hospital, Medicare Provider No. 06-0125;
- Portercare Adventist Health System d/b/a Littleton Adventist Hospital, Medicare Provider No. 06-0113;
- Portercare Adventist Health System d/b/a Parker Adventist Hospital, Medicare Provider No. 06-0114;
- Portercare Adventist Health System d/b/a Porter Adventist Hospital, Medicare Provider No. 06-0064;
- Presbyterian Healthcare Services d/b/a Plains Regional Medical Center-Clovis, Medicare Provider No. 32-0022;
- Presbyterian Healthcare Services d/b/a Presbyterian Espanola Hospital, Medicare Provider No. 32-0011;
- Presbyterian Healthcare Services d/b/a Presbyterian Hospital, Medicare Provider No. 32-0021;
- Range Regional Health Services d/b/a Fairview University Medical Center-Mesabi A/K/A Fairview Range Medical Center, Medicare Provider No. 24-0040;
- Rectors and Visitors of The University of Virginia d/b/a University of Virginia Medical Center, Medicare Provider No. 49-0009;
- Regions Hospital, Medicare Provider No. 24-0106;

- Riverside Medical Center, Medicare Provider No. 14-0186;
- Rockwall Regional Hospital, LLC d/b/a Texas Health Presbyterian Hospital Rockwall, Medicare Provider No. 67-0044;
- Saint Francis Health System, Inc. d/b/a Saint Francis Hospital, Medicare Provider No. 37-0091;
- Saint Francis Health System, Inc. d/b/a Saint Francis Hospital South, Medicare Provider No. 37-0218;
- Shawnee Mission Medical Center, Inc. d/b/a Shawnee Mission Medical Center, Medicare Provider No. 17-0104;
- Southern Regional Medical Corporation d/b/a Leonard J. Chabert Medical Center, Medicare Provider No. 19-0183;
- Southlake Specialty Hospital, LLC d/b/a Texas Health Harris Methodist Hospital Southlake, Medicare Provider No. 45-0888;
- Southwest Volusia Healthcare d/b/a Florida Hospital Fish Memorial, Medicare Provider No. 10-0072;
- St. Rita's Medical Center LLC, Medicare Provider No. 36-0066;
- St. Anthony Community Hospital, Warwick, New York, Medicare Provider No. 33-0205;
- St. Francis Hospital, Inc., Medicare Provider No. 42-0023;
- St. Mary's Medical Center, Inc., Medicare Provider No. 51-0007;
- Swedish American Hospital, Medicare Provider No. 14-0228;
- Tarpon Springs Hospital Foundation, Inc. d/b/a Florida Hospital North Pinellas, Medicare Provider No. 10-0055;
- Temple University Hospital, Inc., Medicare Provider No. 39-0027;

- Texas Health Huguley, Inc. d/b/a Texas Health Huguley Hospital, Medicare Provider No. 45-0677;
- Texas Health Resources d/b/a Texas Health Arlington Memorial Hospital, Medicare Provider No. 45-0064;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital Southwest Fort Worth, Medicare Provider No. 45-0779;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital Alliance, Medicare Provider No. 67-0085;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital Azle, Medicare Provider No. 45-0419;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital Cleburne, Medicare Provider No. 45-0148;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital Fort Worth, Medicare Provider No. 45-0135;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital HEB, Medicare Provider No. 45-0639;
- Texas Health Resources d/b/a Texas Health Harris Methodist Hospital Stephenville, Medicare Provider No. 45-0351;
- Texas Health Resources d/b/a Texas Health Presbyterian Hospital Allen, Medicare Provider No. 45-0840;
- Texas Health Resources d/b/a Texas Health Presbyterian Hospital Dallas, Medicare Provider No. 45-0462;

- Texas Health Resources d/b/a Texas Health Presbyterian Hospital Denton, Medicare Provider No. 45-0743;
- Texas Health Resources d/b/a Texas Health Presbyterian Hospital Kaufman, Medicare Provider No. 45-0292;
- Texas Health Resources d/b/a Texas Health Presbyterian Hospital Plano, Medicare Provider No. 45-0771;
- Texas Institute for Surgery, LLP, Medicare Provider No. 45-0889;
- The Board of Trustees of The University of Alabama d/b/a University of Alabama Hospital, Medicare Provider No. 01-0033;
- The Health Care Authority For Baptist Health, An Affiliate of UAB Health System d/b/a Baptist Medical Center East, Medicare Provider No. 01-0149;
- The Health Care Authority For Baptist Health, An Affiliate of UAB Health System d/b/a Baptist Medical Center South, Medicare Provider No. 01-0023;
- The Health Care Authority For Baptist Health, An Affiliate of UAB Health System d/b/a Prattville Baptist Hospital, Medicare Provider No. 01-0108;
- The Health Care Authority For Baptist Health, An Affiliate of UAB Health System d/b/a UAB Medical West, Medicare Provider No. 01-0114;
- The Medical Center of Central Georgia, Inc., Medicare Provider No. 11-0107;
- The Regional Medical Center of Orangeburg and Calhoun Counties, Medicare Provider No. 42-0068;
- The University of Vermont Medical Center, Inc. f/d/b/a Fletcher Allen Healthcare, Medicare Provider No. 47-0003;

- University Community Hospital, Inc. d/b/a Florida Hospital Carrollwood, Medicare Provider No. 10-0069;
- University Community Hospital, Inc. d/b/a Florida Hospital Tampa, Medicare Provider No. 10-0173;
- University of Kansas Hospital Authority, Medicare Provider No. 17-0040;
- W. A. Foote Memorial Hospital d/b/a Henry Ford Allegiance Health; Allegiance Health; Medicare Provider No. 23-0092;
- WellStar Health System d/b/a WellStar Atlanta Medical Center, Medicare Provider No. 11-0115;
- WellStar Health System d/b/a WellStar Cobb Hospital, Medicare Provider No. 11-0143;
- WellStar Health System d/b/a WellStar Douglas Hospital, Medicare Provider No. 11-0184;
- WellStar Health System d/b/a WellStar Kennestone Hospital, Medicare Provider No. 11-0035;
- WellStar Health System d/b/a WellStar North Fulton Hospital, Medicare Provider No. 11-0198;
- WellStar Health System d/b/a WellStar Paulding Hospital, Medicare Provider No. 11-0042;
- WellStar Health System d/b/a WellStar Spalding Regional Hospital, Medicare Provider No. 11-0031;
- Westchester County Health Corporation d/b/a Westchester Medical Center, Medicare Provider No. 33-0234;
- Western Missouri Medical Center, Medicare Provider No. 26-0097;

- Weston Cleveland Clinic Florida, Medicare Provider No. 10-0289;
- Yavapai Community Hospital Association d/b/a Yavapai Regional Medical Center, Medicare Provider No. 03-0012; and
- Yavapai Community Hospital Association d/b/a Yavapai Regional Medical Center-East, Medicare Provider No. 03-0118.

8. Defendant Thomas E. Price is the Secretary of the United States Department of Health and Human Services, the Federal agency that administers the Centers for Medicare & Medicaid Services ("CMS"). CMS is the Federal agency to which the Secretary has delegated administrative authority over the Medicare program which is established under title XVIII of the Social Security Act. *See* 42 U.S.C. § 301 *et seq.* References to the Secretary herein are meant to refer to his, his subordinate agencies and officials, and to his official predecessors or successors as the context requires.

## III. JURISDICTION AND VENUE

9. This action arises under the Medicare statute, title XVIII of the Social Security Act, 42 U.S.C § 1395, and the APA, 5 U.S.C. § 551.

10. Jurisdiction is proper under 42 U.S.C. §§ 1395oo(a)(1)(A)(ii) and 1395oo(f)(1).

11. Venue is proper in this judicial district under 42 U.S.C. § 1395oo(f)(1).

## IV. BACKGROUND

### A. MEDICARE PAYMENT FOR INPATIENT AND OUTPATIENT HOSPITAL SERVICES

12. The Medicare program provides federally funded health insurance for certain elderly and disabled persons under title XVIII of the Social Security Act. 42 U.S.C. § 1395. Part A of the Medicare program covers inpatient hospital services. 42 U.S.C. § 1395d(a)(1).

Part B pays for certain hospital services not covered by Part A, including outpatient medical services. 42 U.S.C. § 1395k(a)(1).

13. Medicare Part A pays hospitals for inpatient hospital services on a per discharge basis under the IPPS. 42 U.S.C. § 1395ww(d); 42 C.F.R. § 412.2(a). A hospital is entitled to an IPPS payment for each patient who is formally and appropriately admitted as an inpatient by order of a physician. *See* 42 C.F.R. § 412.3. Patients who receive hospital services without being formally and/or appropriately admitted as inpatients are deemed outpatients, and Medicare pays for their care according to the OPPS. *See* 42 U.S.C. § 1395l(t); 42 C.F.R. § 419.21(b).

14. Hospitals receive payment under IPPS for operating costs associated with covered inpatient discharges. 42 U.S.C. § 1395ww(d)(3); 42 C.F.R. § 412.2(c). The amount paid for a covered discharge is the product of a base rate per discharge—the standardized amount as updated annually by the Secretary for inflation, 42 U.S.C § 1395ww(d)(2)(C); 42 C.F.R. § 412.64(c)—and the weighted rate for the patient's condition at the time of admission—the diagnosis-related group (DRG), 42 U.S.C § 1395ww(d)(4); 42 C.F.R. § 412.60—relative to the average cost for treating Medicare beneficiaries in the same DRG. Hospitals also receive per-discharge payments under IPPS for capital-related costs of inpatient hospital services. 42 U.S.C. § 1395ww(g). These costs are paid at a standard Federal rate adjusted annually by the Secretary for inflation and other factors. 42 § C.F.R. 412.304(c). The Secretary may, under his exceptions and adjustments authority, adjust the standardized amount as he deems appropriate. 42 U.S.C. § 1395ww(d)(5)(I)(i).

**B. THE MEDICARE APPEALS PROCESS**

15. Section 1878(a) of the Social Security Act entitles a provider of services under the Medicare program to a hearing before the Provider Reimbursement Review Board ("PRRB") if

three prerequisites are met: (i) the provider is dissatisfied with a final determination of the Secretary as to the amount of the payment under the Medicare Act; (ii) the provider files a request for hearing within 180 days of the final determination; and (iii) the amount in controversy is at least $10,000 for an individual appeal or $50,000 for a group appeal. 42 U.S.C. § 1395oo(a); 42 C.F.R. § 405.1835. If an appeal satisfies these requirements, the PRRB has jurisdiction to hear the appeal. *Id.*

16. When the PRRB has jurisdiction to hear an appeal, but the appeal involves a statute or regulation that the PRRB is without authority to overturn, the PRRB may, through its own motion or upon request of the provider, grant expedited judicial review ("EJR") of the appeal. 42 U.S.C. § 1395oo(f)(1). If EJR is granted, the provider can seek judicial review in federal court without first having a hearing before the PRRB. *Id.* The provider must file its complaint no later than 60 days after receiving notice of the PRRB's decision to grant EJR. *Id.*

## V. ERRORS IN THE FFYS 2014-2017 IPPS RULEMAKINGS

17. CMS implemented the Two-Midnight rule in FFY 2014 and it has remained in effect ever since. The rule states that hospital stays that extend across two midnights are generally presumed to be medically necessary and appropriate for Part A payment. 78 Fed. Reg. at 50944-49; 42 C.F.R. § 412.3(e). The prior standard was that inpatient admission was appropriate for beneficiaries expected to remain in the hospital for at least one overnight stay. *See* 78 Fed. Reg. at 50907, Medicare Benefit Policy Manual (CMS Pub. 100-02), ch. 1, § 10 (2012). Thus, the Two-Midnight rule made it more difficult to qualify for inpatient coverage, increasing the benchmark from 24 hours to two midnights.

18. Nonetheless, CMS estimated that the rule would result in an aggregate increase in IPPS payments. In arriving at this conclusion, the Secretary purported to use patient encounters

from FFY 2009 through FFY 2011 to project the number of encounters that would change from inpatient to outpatient (and vice-versa) under the new policy. *See* FFY 2014 Proposed Rule, 78 Fed. Reg. 27486, 27649 (May 10, 2013). His actuaries estimated that approximately 400,000 encounters would shift from outpatient to inpatient and approximately 360,000 encounters would shift from inpatient to outpatient, for a net change of 40,000 new inpatients annually. 78 Fed. Reg. at 27649; *see also* FFY 2014 Final Rule, 78 Fed. Reg. at 50952-54. The Secretary calculated that these 40,000 new inpatient admissions would increase IPPS expenditures by $220 million annually, or 0.2 percent of the annual total. 78 Fed. Reg. at 27649. Based on this estimate, CMS concluded that the Two-Midnight rule introduced a change of "sufficient magnitude and breadth to significantly impact the IPPS," which "would be inappropriate to ignore . . . in the development of IPPS rates." 78 Fed. Reg. at 50954. Therefore, invoking his exceptions and adjustments authority under section 1886(d)(5)(I)(i) of the Social Security Act, 42 U.S.C. § 1395ww(d)(5)(I)(i), the Secretary applied a permanent reduction of 0.2 percent to IPPS payment rates to offset the perceived impact of the Two-Midnight rule. 78 Fed. Reg. at 27650.

19. The Secretary's calculations were not supported by the data he cited. In the FFY 2014 IPPS rulemaking cycle, and every year thereafter including the FFY 2017 IPPS rule at issue here, commenters challenged the Secretary's calculations and demonstrated that, using the same publicly available Medicare data he used—patient encounters from FFY 2009 through FFY 2011—to predict a 40,000 inpatient *increase* actually show that the Two-Midnight rule would significantly *decrease* the number of inpatient cases. *See* Exhibit A at 9-11 (predicting that the rule would result in approximately 1 million inpatient cases being paid under the outpatient reimbursement system); *see also* Exhibits B at 3-4, Exhibit C at 8-9, Exhibit D at 13-14 and

Exhibit E at 4 (comments in subsequent rulemaking cycles, including the FFY 2017 IPPS rule, with data showing that during and after FFY 2014, the number of inpatient cases has in fact declined significantly as a result of the Two-Midnight rule).

20. Notwithstanding the concerns raised by commenters, the Secretary adopted the 0.2 percent IPPS payment rate reduction as proposed, failing to respond to commenters' request to reveal the calculations he used to estimate the shift in inpatient and outpatient encounters, purporting to result in a net increase of $220 million in IPPS payments. 78 Fed. Reg. at 50938-54. This rate reduction was carried forward in the FFY 2015-2016 IPPS rules.

21. In the FFY 2014 Final Rule, the Secretary explained for the first time that his impact analysis considered only surgical admissions, not medical admissions (*i.e.* those admissions not related to surgeries). 78 Fed. Reg. at 5093. This is a significant exclusion because surgical MS-DRG cases accounted for only 24.8 percent of Medicare-covered inpatient discharges in FFY 2011. Exhibit B at 2, 11. The remainder, attributable to medical MS-DRG cases, was not considered in the Secretary's impact analysis for the Two-Midnight rule. Nonetheless, the Secretary's explanation does not reconcile the data such that it accounts for his incorrect determination that 40,000 cases in the aggregate would move from outpatient encounters to inpatient stays. And even if the explanation did reconcile the difference, which it does not, the Secretary has never provided a rational explanation for excluding medical cases in response to commenters' challenges, including those in FFY 2017. *See* Exhibit E at 3.

22. Despite the fact that commenters in FFY 2014-2017 IPPS rulemaking cycles demonstrated that the number of inpatient cases has in fact predictably and significantly declined as a result of the Two-Midnight rule, the Secretary has again refused to implement a corresponding permanent rate increase in the FFY 2017 IPPS rule. In doing so, the Secretary

again 1) failed to provide an explanation as to why he departed from his earlier policy of adjusting IPPS rates to offset utilization shifts of "sufficient magnitude and breadth to significantly impact the IPPS"; 2) adopted rates counter to the data in front of him; and 3) failed to adequately respond to challenges raised by commenters.

## VI. PROCEDURAL HISTORY

23. Pursuant to the procedures set forth at 42 U.S.C. § 1395oo, the Plaintiffs have challenged the Secretary's errors in setting the FFY 2017 IPPS inpatient rates described in the preceding paragraphs. The Plaintiffs filed group appeals with the PRRB. The Plaintiffs' appeals satisfied all jurisdictional requirements for a group appeal set forth at 42 U.S.C. § 1395oo(a)-(b).

24. The PRRB determined that it had jurisdiction to hear the Plaintiffs' appeals, but lacked authority to address the Plaintiffs claims because they challenged inpatient rates as set forth in the Federal Register, *see* 42 C.F.R. § 405.1867. Therefore, by letter dated April 11, 2017, the PRRB granted EJR for the Plaintiffs' appeals. The Plaintiffs now file this civil action within 60 days of the Board's decision, claiming that the Secretary's FFY 2017 inpatient rates are invalid for the reasons set forth below.

## COUNT I
## Violation of the Administrative Procedure Act
## Arbitrary and Capricious Agency Action

25. The allegations set forth in paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

26. The Secretary's decision not to increase or enact an upward adjustment in IPPS payment rates in FFY 2017 violates the Administrative Procedure Act. During rulemaking, the Secretary stated "the widespread impact of the proposed 2-midnight policy on the IPPS" was such that it required him to invoke his authority under section 1886(d)(5)(I)(i) of the Social

Security Act to make payment adjustments to IPPS rates. 78 Fed. Reg. at 50953. Citing Medicare reimbursement claims data that demonstrate that implementation of the Two-Midnight rule would result in approximately 1 million one-day inpatient stays transitioning from IPPS payment to OPPS payment, thereby significantly lowering IPPS aggregate payments, commenters demonstrated that an appropriate adjustment to offset the "widespread impact of the proposed 2-midnight policy on the IPPS" would be an increase or upward adjustment to IPPS rates. Exhibit A at 9-11; *see also* Exhibit E at 6. The Secretary rejected these comments in early rulemakings and also rejected them in the FFY 2017 rulemaking and thereby made an arbitrary final determination to not enact a permanent rate increase in FFY 2017. This decision was arbitrary and capricious because it "runs counter to the evidence before the agency" and must be set aside. *Motor Vehicle Mfr. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983).

**Count II**
**<u>Violation of the Administrative Procedure Act</u>**
**<u>Arbitrary and Capricious Agency Action</u>**

27. The allegations set forth in paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

28. In the FFY 2014 IPPS rule, the Secretary excluded medical DRGs from his financial impact analysis using Medicare claims data. As a result, the Secretary reached an erroneous conclusion that the Two-Midnight policy would increase inpatient cases by approximately 40,000 cases annually and, therefore, IPPS aggregate expenditures would increase by approximately $220 million. The Secretary concluded in the FFY 2014 rule that it would be "inappropriate to ignore" this "widespread impact of the proposed 2-midnight policy on the IPPS," and he invoked his adjustment authority set forth in section 1886(d)(5)(I)(i) of the Social Security Act to adopt a permanent 0.2 percent negative adjustment in IPPS rates to permanently

offset this "widespread impact." 78 Fed. Reg. at 50953. The Secretary's decision to ignore medical DRGs in his financial impact analysis was arbitrary and capricious. Exhibit E at 3. In the FFY 2017 final rule, the Secretary eliminated the permanent 0.2 percent adjustment. But the Medicare data still show that approximately 1 million short stay inpatient cases will convert to outpatient cases, thereby significantly *decreasing* the number of inpatient cases annually by a number far greater than 40,000 and *decreasing* aggregate IPPS payments by a factor much greater than 0.2 percent of IPPS payments (the Secretary's original and erroneous prediction for the downward adjustment in inpatient rates that would be necessary to offset the impact of the Two-Midnight rule). The Secretary provided no explanation in the FFY 2017 rule that would explain his departure from his FFY 2014 policy to invoke his adjustment authority under section 1886(d)(5)(I)(i) of the Social Security Act to offset "widespread" financial impacts to the IPPS rule caused by the Two-Midnight rule that are $220 million or greater. The Secretary's failure to provide a reasoned explanation for his departure from this policy is arbitrary and capricious.

## Count III
## Violation of the Administrative Procedure Act
## Action Without Observance of Procedure Required By Law

29. The allegations in paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

30. The Social Security Act, 42 U.S.C. § 1395hh(a), and the APA, 5 U.S.C. § 553, require the Secretary to utilize public notice and comment rulemaking procedures when establishing substantive changes in payment for services covered under the Medicare statute. The Secretary's rejection of comments submitted in response to the FFY 2017 IPPS rule that requested that the Secretary consider a permanent upward adjustment to rates to offset the

financial impact of the Two-Midnight rule was adopted in violation of his obligations under both section 1395hh and section 553.

31. The Secretary altogether failed to respond to commenters who demonstrated that Medicare reimbursement claims data did not support his conclusion that adoption of the Two-Midnight rule would lead to an increase in IPPS expenditures, but would rather lead to a dramatic and significant decrease in IPPS payments. An agency has a duty to respond to significant comments that directly challenge the basis and purpose of the agency's rule. *See, e.g.*, *Ala. Power Co. v. Costle*, 636 F.2d 323, 384 (D.C. Cir. 1979) ("[T]he duty to respond to significant comments finds a statutory basis in required notice and comment procedures, for 'the opportunity to comment is meaningless unless the agency responds to significant points raised by the public.'") (quoting *Home Box Office*, *Inc. v. FCC*, 567 F.2d 9, 35-36 (D.C. Cir. 1977)). But the Secretary here also entirely failed to respond to significant objections that his data support a significant rate increase. This failure independently requires the payment reduction to be set aside, and an order requiring the Secretary to consider an upward adjustment in IPPS rates.

## VII. RELIEF REQUESTED

The Plaintiffs request an Order:

a. Requiring the Secretary to consider "in the development of IPPS rates" for FFY 2017 all Medicare claims data, which show a predictable net decline in inpatient cases of a "sufficient magnitude and breadth to significantly impact the IPPS";

b. Requiring the Secretary to recalculate the appropriate increase in the standardized amount and the capital standard federal payment rates for FFY 2017 in order to offset the aggregate decrease in IPPS payments resulting from adoption of the Two-Midnight rule;

c. Requiring the Secretary to pay the Plaintiffs the additional sums due them including interest calculated in accordance with 42 U.S.C. § 1395oo(f)(2);

d. Requiring the Secretary to pay legal fees and costs of suit incurred by the Plaintiffs; and

e. Providing such other relief as the Court may consider appropriate.

Respectfully submitted,

/s/ Mark D. Polston_
Mark D. Polston
D.C. Bar No. 431233
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
202.626.5540 (phone)
202.626.3737 (fax)
MPolston@kslaw.com

Date: May 31, 2017